UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                          Case No. 3:20-cr-82-5

vs.

GLYNN SEWELL,                             District Judge Michael J. Newman

    Defendant.

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 262)**

This criminal case is before the Court on the report and recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Glynn Sewell's guilty plea.  Doc. No. 262.  There being no objections, the Court **ADOPTS** the report and recommendation in full.  The Court accepts Defendant's plea of guilty to count 1 of the superseding information currently pending against him and finds him guilty as charged of knowingly and intentionally possessing with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).  *See* Doc. No. 249.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

   April 19, 2023                                          s/Michael J. Newman
                                                                        Hon. Michael J. Newman
                                                                        United States District Judge