UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                Case No. 3:20-cr-82-5

vs.

GLYNN SEWELL,                     District Judge Michael J. Newman

    Defendant.

_____

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT GLYNN SEWELL'S MOTION FOR A FURLOUGH FOR MEDICAL TREATMENT (Doc. No. 294)**
_____

Defendant Glynn Sewell is detained pre-trial. This case is before the Court regarding Sewell's motion for a furlough for medical treatment. Doc. No. 294. The Court held a teleconference regarding Sewell's motion on July 27, 2023. Attorney Matthew Wiseman appeared on behalf of Sewell. AUSAs Amy Smith and George R. Painter appeared on behalf of the Government. Andy Siefring of the U.S. Marshals also attended the conference. Mr. Siefring provided updates on the Butler County Jail's plan to address Defendant's health conditions. Mr. Sewell will attend two in-person physical therapy sessions wherein he will receive instruction on how to independently implement exercises to address his health conditions. Attorney Wiseman stated satisfaction with this information and will provide an update on Sewell's condition at the next hearing in this case. Accordingly, Sewell's motion for a furlough is **DENIED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

  July 31, 2023                                  s/Michael J. Newman
                                                          Hon. Michael J. Newman
                                                          United States District Judge